# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT HAMMOND

IN RE: )
Grimm )
) BANKRUPTCY NO. 07-11387
)
Debtor(s) )

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS REPORT

This report covers the Month of **Feb**, 20**11**. This report is on a cash basis, unless the Debtor keeps financial records on an accrual basis. Check if accrual is used ( )

**I. Cash Received During the Month (itemized):**

| Item and Quantity Sold | Amount |
|---|---|
| Hay - 10 round bales | $300.00 |

| | |
|---|---|
| New Loan received this month (if any): | $ |
| Wages earned from ~~outside~~ Fawn work: | $1401.64 |
| Other Receipts: CCC payment | $400.00 |
| Michael | $300.00 |
| **TOTAL CASH RECEIPTS** | **$2401.64** |

**II. Expenses Paid During the Month:**

Total amount paid for household or living expenses: $2607.80
Operating expenses paid (itemized):

| Item | Amount |
|---|---|
| repairs | $150.00 |

| | |
|---|---|
| Payments made to Chapter 12 Trustee: | $ -0- |
| **TOTAL EXPENSES PAID DURING MONTH** | **$2757.80** |

Losses due to crop failure or damage: $_____

        Losses due to death or disease of livestock or poultry: $ _____

        PROFIT (or LOSS) FOR MONTH: $ (356.16)

III. **Cash Reconciliation:**

    Cash and Bank Account Balances at Beginning
    Of Month: $ 1603.04

    Income (or Loss) During Month: $ (356.16)

    Cash and Bank Account Balances at End of Month: $ 335.18

IV. **Expenses Charged But Not Paid During Month (itemize):**

    Expense                        Amount

I certify under penalty of perjury that I have read the foregoing report, and that it is true, accurate and correct to the best of my knowledge, information and belief.

Dated: 03/14/2011

_JB Brewer_
Debtor/Officer of Debtor Corporation

Address & Phone number of Person Signing Report:
977 Griswold Ct.
Auburn, IN 46706
968 1465

COPIES OF THIS REPORT ARE TO BE FILED WITH THE BANKRUPTCY COURT AND CHAPTER 12 TRUSTEE WITHIN 15 DAYS OF THE END OF THE MONTH REPORTED.

EXHIBIT "B"

08-08-02