UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE: )
)
) BANKRUPTCY NO.
)
Debtor(s) )

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS REPORT

This report covers the Month of ___March___, 20_1_. This report is on a cash basis, unless the Debtor keeps financial records on an accrual basis. Check if accrual is used ( )

I. **Cash Received During the Month (itemized):**

| Item and Quantity Sold | Amount |
|---|---|
| 15 bales (round) hay | $1100.00 |

| | |
|---|---|
| New Loan received this month (if any): | $ -0- |
| Wages earned from outside work: (pawn) | $ 1308.96 |
| Other Receipts: (Michael) | $ 5568.00 |
| **TOTAL CASH RECEIPTS** | $ 7976.96 |

II. **Expenses Paid During the Month:**

Total amount paid for household or living expenses: $ 2967.97

Operating expenses paid (itemized):

| Item | Amount |
|---|---|
| Supplies | 380.67 |
| Property taxes | 1712.06 |
| Accountant | 920.00 |

Payments made to Chapter 12 Trustee: $ -0-

**TOTAL EXPENSES PAID DURING MONTH** $ 5980.70

Losses due to crop failure or damage: $_____

Losses due to death or disease of livestock or poultry: $ -0-

PROFIT (or LOSS) FOR MONTH: $ 1996.26

III. **Cash Reconciliation:**

Cash and Bank Account Balances at Beginning Of Month: $ 3358

Income (or Loss) During Month: $ 1996.26

Cash and Bank Account Balances at End of Month: $ 1131.51

IV. **Expenses Charged But Not Paid During Month (itemize):**

Expense                                    Amount

I certify under penalty of perjury that I have read the foregoing report, and that it is true, accurate and correct to the best of my knowledge, information and belief.

Dated: 04/14/2011

_A R Brewer_
Debtor/Officer of Debtor Corporation

Address & Phone number of Person Signing Report: 977 Griswold Ct
Auburn IN 46706
908.1465

COPIES OF THIS REPORT ARE TO BE FILED WITH THE BANKRUPTCY COURT AND CHAPTER 12 TRUSTEE WITHIN 15 DAYS OF THE END OF THE MONTH REPORTED.

EXHIBIT "B"

08-08-02