# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION AT HAMMOND

IN RE:                              )
                                    )
                                    )       BANKRUPTCY NO.
                                    )
            Debtor(s)               )

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS REPORT

This report covers the Month of __April__, 20_11_. This report is on a cash basis, unless the Debtor keeps financial records on an accrual basis. Check if accrual is used ( )

**I. Cash Received During the Month (itemized):**

| Item and Quantity Sold | Amount |
|---|---|
| 12 Hay Round Bales | $300.00 |

New Loan received this month (if any):  $1500.00 (Dawn from sister Stacey for my son)
Wages earned from ~~outside work~~:  $1308.96
Other Receipts: Crop Insurance  $3700.00

**TOTAL CASH RECEIPTS  $6808.96**

**II. Expenses Paid During the Month:**

Total amount paid for household or living expenses: $536.69

Operating expenses paid (itemized):

| Item | Amount |
|---|---|
| Farm Policy | 1513.50 |
| Repairs | 575.00 |
| Parts | 2078.50 |
| State taxes | 93.00 |
| Accountant | 175.00 |

Payments made to Chapter 12 Trustee:  $ -0-

**TOTAL EXPENSES PAID DURING MONTH $9797.69**

Losses due to crop failure or damage:   $ -0-

Losses due to death or disease of livestock or poultry: $ -0-

PROFIT (or LOSS) FOR MONTH: $ (2988.73)

III. <u>Cash Reconciliation</u>:

Cash and Bank Account Balances at Beginning Of Month: $ 11315|

Income (or Loss) During Month: $ (2988.73)

Cash and Bank Account Balances at End of Month: $ 565.84

IV. <u>Expenses Charged But Not Paid During Month (itemize)</u>:

<u>Expense</u>                                   <u>Amount</u>

I certify under penalty of perjury that I have read the foregoing report, and that it is true, accurate and correct to the best of my knowledge, information and belief.

Dated: 05/15/2011

_____ASR Brewer_____
Debtor/Officer of Debtor Corporation

Address & Phone number of Person Signing Report: 977 Griswold Ct
Auburn IN 46706
908.1485

COPIES OF THIS REPORT ARE TO BE FILED WITH THE BANKRUPTCY COURT AND CHAPTER 12 TRUSTEE WITHIN 15 DAYS OF THE END OF THE MONTH REPORTED.

EXHIBIT "B"

08-08-02